UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:14-cv-01244-SDM-MAP

REGIONS BANK, an Alabama banking corporation, and REGIONS EQUIPMENT FINANCE CORPORATION, an Alabama corporation,

    Plaintiffs,

vs.

CRS HOLDING OF AMERICA, LLC, a Delaware limited liability company, et al.,

    Defendants.

_____/

## JOINT NOTICE OF NON-OPPOSITION BY DEFENDANT INTERSECTION ONE, LLC AND CRS DEFENDANTS TO PLAINTIFFS' MOTIONS TO APPOINT RECEIVER [ECF 2 AND 27]

Defendants, CRS Holdings of America, LLC, Creative Recycling Systems, LLC, Dynamic Leasing LLC, Bargain Computer Products of Ybor City, LLC, Creative Recycling Systems of North Florida, LLC, Creative Recycling Systems of South Florida, LLC, Creative Recycling Systems of Georgia, LLC, Creative Recycling Services, LLC, , Creative Recycling Systems of North Carolina, LLC, Creative Recycling Systems of Kentucky, LLC, Creative Recycling Systems of Tennessee, LLC, Creative Recycling Technologies, LLC, Creative Recycling Technologies II, LLC, Creative Recycling Systems of Pennsylvania, LLC, Creative Recycling Systems of Louisiana, LLC, Creative Recycling Solutions, LLC, Creative Recycling Technologies III, LLC, Environmental Services Sales & Marketing, LLC, Creative Recycling Systems of Illinois, LLC, Planet Gadget USA, LLC, and Greenrock Rare Earth Recovery, LLC (collectively the "CRS Defendants") and Intersection One, LLC hereby notify the Court and all parties hereto that they do not oppose the relief requested in the Plaintiffs' Emergency Motion to

MI-464744 v1

Appoint Receiver [ECF 2], or in the Motion of Plaintiffs to Appoint Saleena Miller of Magnum Management Services, LLC Be As Receiver in Connection With Plaintiffs' Emergency Motion to Appoint Receiver [ECF 27].

Dated: July 10, 2014

_____
Jeffrey T. Kucera, Esq.
Florida Bar No. 068233
jeffrey.kucera@klgates.com
**K&L Gates LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Telephone: 305-539-3300
Facsimile: 305-358-7095
*Attorneys for Defendant*
*Intersection One, LLC*

Respectfully submitted,

_____
Manuel A. Alvaré, Esq.
Florida Bar No. 028794
malvare@crserecycling.com
Creative Recycling Systems
3110 Cherry Palm Drive, Suite 330
Tampa, FL 33619
Telephone: 813-361-8892
*Attorneys for CRS Defendants*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 10th day of July, 2014.

/s/ Jeffrey T. Kucera

### Service List
### CASE NO. 8:14-cv-01244-SDM-MAP

W. Keith Fendrick, Esq.
keith.fendrick@hklaw.com
Dominic Kouffman, Esq.
dominic.kouffman@hklaw.com
Anthony J. Palermo, Esq.
anthony.palermo@hklaw.com
**Holland & Knight LLP**
100 N. Tampa Street, Suite 4100
P.O. Box 1288
Tampa, FL 33601-1288
Telephone:   813-227-8500
Facsimile:   813-229-0134
*Attorneys for Plaintiff*

Nathan A. Carney, Esq.
ncarney@carneylawfirm.com
**Carney Law Firm, P.A.**
400 N. Ashley Drive, Suite 2600
Tampa, FL 33602
Telephone:   813-712-8776
Facsimile:   813-712-8780
*Attorneys for Defendant*
*JY Creative Holdings, LLC*